ROSENTHAL v. GRUENSTEIN et al.

(Supreme Court, Appellate Term. February 18, 1910.)

APPEAL AND ERROR (§ 127*)—APPEALABLE JUDGMENT—INQUEST.

    No appeal lies from a default judgment.

    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 885–891; Dec. Dig. § 127.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Morris Rosenthal against Benjamin M. Gruenstein and another. Judgment for plaintiff, after an inquest taken on defendants' default, from which judgment, and from an order denying defendants' motion to open the default and vacate the judgment, they appeal. Dismissed.

Argued before SEABURY, LEHMAN, and BIJUR, JJ.

Jacob Gordon, for appellants.
Benjamin Kronenberg, for respondent.

PER CURIAM. No appeal lies from a judgment taken by default, and the appeal therefrom must therefore be dismissed. Brown v. Bouse, 43 Misc. Rep. 72, 86 N. Y. Supp. 240.

The record submitted shows that the court below properly exercised its discretion in denying the defendants' motion to open the default, and the order is therefore affirmed.

Appeal from judgment dismissed, and order affirmed, with costs.